Name: Jesus Munguia
Address: 6692 South Marshrock RD West Jordan UT 84081
Telephone: 801 634 5881

FILED
U.S. DISTRICT COURT
2015 AUG 31 A 10:55
DISTRICT OF UTAH
BY:_____
DEPUTY RECEIVED CLERK
AUG 26 2015
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH - Central DIVISION

Jesus Munguia

    Plaintiff,

v.

Master Cleaning

    Defendant(s).

COMPLAINT

Case: 2:15cv00608
Assigned To : Waddoups, Clark
Assign. Date : 8/26/2015
Description: Munguia v. Master Cleaning

## A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e(5). Equitable and other relief are also sought under 42 U.S.C. § 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. §§ 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. §§ 626(c)(1) and appropriate relief is also sought.

## B. PARTIES

1.    Name of plaintiff: Jesus Munguia
    Present mailing address: 6692 South Marshrock RD West Jordan UT 84081

2. Name of first defendant:
Present mailing address or
business location:

Master Cleaning 6
~~15 west Building~~ ACTIVI NEYBOR
1226 West South Jordan
Parkway, Suite A-300
South Jordan, Utah 84095

3. Name of second defendant:
Present mailing address or
business location:

4. Name of third defendant:
Present mailing address or
business location:

(Use additional sheets if necessary.)

## C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:

Master Cleaning
1226 West South Jordan
Parkway, Suite A-300
South Jordan, Utah 84095
Worksite: 15 West Building 2
Activi Neygor

2. The discriminatory acts occurred on or about:

02/1/2014
(Month, Day, Year)

3. I filed charges with the Anti Discrimination Division of the Utah State Industrial Commission regarding the defendant's discriminatory conduct on or about:

08/26/15
(Month, Day, Year)

4. I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

   ~~05~~/30/14
   (Month, Day, Year)

5. The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on:

   0~~8~~ / 1 / 2015
   (Month, Day, Year)

   (Please attach the "Notice of Right to Sue" to this complaint.)

6. The discriminatory acts that are the basis of this suit are:

   a. _____   Failure to employ me
   b. _____   Failure to promote me
   c. ~~yes~~   Termination of my employment
   d. _____   Demotion
   e. ~~yes~~   Denied equal pay/work
   f. _____   Sexual harassment
   g. ~~yes~~   General harassment
   h. _____   Other acts (Be specific: Attach an additional sheet if necessary)

   _____
   _____
   _____

7. Defendant's conduct is discriminatory with respect to:

   a. ~~yes~~   my race         d. _____   my religion
   b. _____   my color        e. ~~yes~~   my national origin
   c. ~~yes~~   my sex          f. _____   my age

8. I believe that the defendant is still committing these acts against me.

   ✓ yes    _____ no

## D. CAUSE OF ACTION

1. I allege that the defendant has discriminated against me and that the following facts form the

basis for my allegations: Harassment, name calling. Termination of employment

a. (1) Count I: Verbally acosted me, discrimination for national origine, back pay issue with wage

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly, in your own words without citing any legal authority. Use additional sheets if necessary.)

The people's from the building harassed me. The hours I was at work. (see other page.)

b. (1) Count II: 1

(2) Supporting Facts:

_____
_____
_____
_____
_____
_____
_____

## E. INJURY

1. How have you been injured by the actions of the defendant(s)?

The result was of them firing me running me off. I couldn't pay my rent and the people at work possibly told other people on the

(see other page.)

## F. REQUEST FOR RELIEF

2. I believe I am entitled to the following relief:

For the damages caused I ask for a pension reward of $100,000 for pyscholigcal damages that they caused and suffering.

(A)(2) Continued

they made fun of me, shouting harmful words obscene all the time. About some supposed sexual videos and an internet page where supposed I am or my person is odking the Manager what happened. He said nothing happened. The Manager said I was crazy. That I was hearing things and I was probably on drugs. The situation got serious enough to the point that I considered or thought about commiting suicide in the building. After that

I was terminated. This took place approximately 02/01/2014.

~~(b)(2)~~.

## Injury

1.) street about the internet page & videos. These other people continued to persecute and harass me. I was homeless for approx. one year. I was dismissed from three other companies because they said had seen the video on the internet. I became very stressed and mentally effected.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. § 1621.

Executed at _____ on 8/26/15, 19___.
            (Location)

_Jesus Mungura_
Signature

H:\prose\vii.gui