IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JESUS MUNGUIA,<br><br>           Plaintiff,<br><br>v.<br><br>MASTER CLEANING,<br><br>           Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:15-CV-00608<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Evelyn J. Furse |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Evelyn J. Furse under 28 U.S.C. § 636(b)(1)(B). The case involves a Complaint against Defendant Master Cleaning alleging employment discrimination in violation of Title VII of the Civil Rights Act of 1964.  On September 6, 2016, Judge Furse issued a Report and Recommendation, recommending (1) that the court dismiss the Complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e), and (2) that the court deny Mr. Munguia's Motion for Official Service of Process because his Complaint fails to state a claim for relief. (Dkt. No. 13).  Plaintiff filed no objection to the Report and Recommendation. After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS Judge Furse's Report and Recommendation in its entirety. Accordingly, the motion is DENIED and this case is dismissed.

SO ORDERED this 29th day of September, 2016.

BY THE COURT:

_____
Clark Waddoups
United States District Court Judge