# United States District Court

Central Division for the District of Utah

JESUS MUNGUIA,

        Plaintiff,                 **JUDGMENT IN A CIVIL CASE**

v.

MASTER CLEANING,                 Case Number: 2:15CV608 CW

        Defendant.

IT IS ORDERED AND ADJUDGED

that Plaintiff's case is dismissed.

September 29, 2016                         D. Mark Jones

*Date*                                             *Clerk of Court*

                                                      *(By) Deputy Clerk*

AO 450 (Rev.5/85) Judgment in a Civil Case